■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAILLARD E. DuBOIS, Appellant. [604 NYS2d 778] —Appeal by the defendant from a judgment of the County Court, Nassau County (Orenstein, J.), rendered June 5, 1990.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's plea of guilty was knowingly and voluntarily entered. The defendant having raised no other issues, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.